UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA L. EASLEY,<br>   Plaintiff,<br> v.<br>NICHOLAS DROBCKY, et al.,<br>   Defendants. | Case No. 16-cv-02778-JSC<br><br>**FURTHER ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

   Plaintiff Myra L. Easley brings this action against Defendants Nicholas Drobcky and Woodminster Real Estate, Co. arising out of the parties' negotiations over the sale of Plaintiff's condominium unit. Plaintiff alleges that she has standing to sue "on behalf of her assignor, Deborah France-Green."[1] (Dkt. No. 1 ¶ 3.) Plaintiff filed this action without paying the filing fee and without attorney representation. To proceed with a civil action without paying the filing fee, the *plaintiff* must qualify to proceed in forma pauperis and submit the affidavit as required by 28 U.S.C. § 1915(a). Only the alleged assignor has filed an application to proceed in forma pauperis (Dkt. No. 2), but she is not a plaintiff in this case. For this reason, the Court previously denied without prejudice Ms. France-Green's pending application to proceed in forma pauperis and ordered Plaintiff to file an application to proceed in forma pauperis or pay the filing fee within 14 days of May 26, 2016. (Dkt. No. 5.)

   Plaintiff has yet to file an application to proceed in forma pauperis or pay the filing fee. However, the Court was recently informed that Plaintiff's address on record was incorrect (Dkt. No. 6) and so Plaintiff may not have received the Court's prior order. Accordingly, the Court

---

[1] The alleged assignor is listed elsewhere as Deborah Green-France. (*See* Dkt. No. 2 at 1.)

1  ORDERS that Plaintiff has 14 days from the date of this Order to file an application to proceed in
2  forma pauperis or pay the filing fee. A copy of this Order shall be mailed to Plaintiff's correct
3  address at 6114 LaSalle Avenue #182, Oakland, CA 94611.
4      **IT IS SO ORDERED.**
5  Dated: June 15, 2016

                                                            JACQUELINE SCOTT CORLEY
                                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYRA L. EASLEY,

    Plaintiff,

  v.

NICHOLAS DROBCKY, et al.,

    Defendants.

Case No. 16-cv-02778-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Myra L. Easley
6114 LaSalle Avenue #182
Oakland, CA 94611

Dated: June 15, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3