UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA L. EASLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS DROBCKY, et al.,<br><br>    Defendants. | Case No. 16-cv-02778-JSC<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 1 |

Plaintiff Myra L. Easley, proceeding pro se, filed the instant complaint against Defendants Nicholas Drobcky and Woodminster Real Estate, Co. for claims arising from their interference with Plaintiff's attempt to sell a condominium to a third party. (Dkt. No. 1.) Plaintiff has consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 16.)

As Plaintiff is proceeding *in forma pauperis*, the Court previously reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and dismissed the complaint with leave to amend because it failed to establish a basis for subject matter jurisdiction. (Dkt. No. 17.) Although Plaintiff had until September 30, 2016 to file an amended complaint correcting any pleading defects, she has failed to do so. Accordingly, the Court ORDERS that Plaintiff's complaint be DISMISSED without prejudice to Plaintiff pursuing her claims in state court.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 6, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge